# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Kirtan K. Khalsa

United States Magistrate Judge

Clerk's Minutes –Detention

| | | | |
|---|---|---|---|
| Date: | 6/2/2015 | Case Number: | 15mj1787 |
| Case Title: USA v. | Jacob P. Wheeler | Liberty: | Gila @ 10:00 am |
| Courtroom Clerk: | C. Lopez | Total Time: | 4mins |
| Probation/Pretrial: | Andrew Selph | Interpreter: | |

ATTORNEYS PRESENT:

| | | | |
|---|---|---|---|
| Plaintiff: | Norm Cairns | Defendant: | Bob Cooper |

PROCEEDINGS:

- ☐ Defendant waives Preliminary hearing
- ☐ Court finds probable cause
- ☒ Defendant waives detention hearing
- ☒ Defendant remanded to custody of USMS
- ☐ Defendant released:
- ☐ Other: